STATE OF CONNECTICUT *v.* GWEN PERRY
(13265)

FOTI, LANDAU and SPEAR, Js.

Submitted on briefs March 17—decision released April 18, 1995

*Gwen Perry,* pro se, the appellant (defendant), filed a brief.

*Eugene Callahan,* state's attorney, and *Susan C. Marks* and *Warren C. Murray,* assistant state's attorneys, filed a brief for the appellee (state).

PER CURIAM. The judgment is affirmed.